UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>BEN POURBABAI<br><br><br>Debtor | Chapter 13<br>18-13560-BFK |

### TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Thomas P. Gorman, Trustee, responds to Motion for Relief from the Automatic Stay by stating he has no opposition to relief from stay being lifted for the limited purpose of Debtor pursuing his appeal rights.

| | |
|---|---|
| November 2, 2018<br>Dated | /s/ Thomas P. Gorman<br>Thomas P. Gorman<br>Chapter 13 Trustee<br>300 N. Washington Street, #400<br>Alexandria, VA  22314<br>(703) 836-2226<br>VSB #26421 |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of November, 2018 mailed a true copy of the foregoing Response to the following parties.

| | |
|---|---|
| Ben Pourbabai<br>Chapter 13 Debtor<br>9896 Sunnybrook Dr.<br>Great Falls, VA 22066 | Fenlene H. Edrington, Esq.<br>Counsel for Debtor<br>Moreton and Edrington, PLC<br>297 Herndon Parkway, Suite 302<br>Herndon, VA 20170 |

/s/ Thomas P. Gorman
Thomas P. Gorman